Rachel Effron Sharma
DreamPath Law, LLC
5425 Peachtree Parkway NW
Norcross, GA 30092
Phone: (470) 273-3444
Email: rachel@dreampathlaw.com

Spencer C. Lee *(Pro Hac Vice)*
Saguaro Legal
340 E Palm Ln, Ste A230
Phoenix, AZ 85004
Phone: 602-595-2040
Email: spencer@saguarolegal.com
AZ Bar No. 032991
*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HIEU MINH NGUYEN,<br>Petitioner,<br>v.<br>WARDEN OF IRWIN COUNTY DETENTION CENTER, et al,<br>Respondents. | Case No. 7:26-cv-00223-WLS-ALS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Petitioner hereby gives notice that the above captioned action is voluntarily dismissed. Respondents have not served an answer or motion for summary judgment in this action. This dismissal is sought because Petitioner received a bond hearing August 11, 2026 and was subsequently released from ICE custody on a $9,500 bond on August 12, 2026. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

RESPECTFULLY SUBMITTED this 17th day of August, 2026.

/s/ Spencer C. Lee
Spencer C. Lee *(Pro Hac Vice)*
Saguaro Legal

340 E Palm Ln, Ste A230
Phoenix, AZ 85004
Phone: 602-595-2040
Email: spencer@saguarolegal.com
AZ Bar No. 032991
*Attorney for Petitioner*

**SO ORDERED this 21st day of August, 2026**

W. Louis Sands

**W. Louis Sands, SR. Judge**
**United States District Court**