IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| HIEU MINH NGUYEN, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-223 (WLS-ALS) |
| | * | |
| WARDE, IRWIN COUNTY DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated August 21, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of August, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk